UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE FRALEY,

    Plaintiff,                                        Case No. 3:22-cv-126

vs.

MARINER FINANCE, LLC, *et al.*,         District Judge Michael J. Newman
                                                             Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS DEFENDANT MARINER FINANCE, LLC AND (2) DISMISSING THIS CASE AS TO MARINER FINANCE, LLC**

---

This case is before the Court on Plaintiff's motion to voluntarily dismiss Defendant Mariner Finance, LLC.  Doc. No. 10.  The Court hereby **GRANTS** the motion and **DISMISSES** this case as to Mariner Finance, LLC.  Fed. R. Civ. P. 21.

    **IT IS SO ORDERED.**

Date:   June 29, 2022                                     s/Michael J. Newman
                                                             Hon. Michael J. Newman
                                                             United States District Judge