UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE FRALEY,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

Case No. 3:22-cv-126

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) CONDITIONALLY DISMISSING THIS CASE AND (2) VACATING THE PRELIMINARY PRETRIAL CONFERENCE AND ALL ASSOCIATED DEADLINES (DOC. NO. 13)**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty days, reopen the action if settlement is not consummated. The August 17, 2022 preliminary pretrial conference and all associated deadlines are hereby **VACATED**.

    **IT IS SO ORDERED.**

Date:  July 6, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge